J. Paul Gignac, State Bar No. 125676
Kiley L. Grombacher, State Bar No. 245960
**ARIAS OZZELLO & GIGNAC** LLP
4050 Calle Real, Suite 130
Santa Barbara, CA 93110
Telephone:  (805) 683-7400
Facsimile:  (805) 683-7401
Email:  j.paul@aogllp.com
  kgrombacher@aogllp.com

Peter J. Bezek, State Bar No, 102310
Robert A. Curtis, State Bar No. 203870
**FOLEY BEZEK BEHLE & CURTIS,** LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone:  (805) 962-9495
Facsimile:  (805) 962-0722
Email:  pbezek@foleybezek.com
  rcurtis@foleybezek.com

Attorneys for Plaintiff and Class Counsel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HEATHER STERN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>AT&T MOBILITY CORPORATION, et al.,<br><br>    Defendants. | Case No.: 2:05-CV-08842-CAS(CTx)<br><br>Honorable Christina A. Snyder<br><br>**CLASS ACTION**<br><br>**DECLARATION OF J. PAUL GIGNAC IN OPPOSITION TO DEFENDANT AT&T WIRELESS SERVICES, INC.'S MOTION TO REQUIRE TRIAL PLAN**<br><br>Hearing Date: June 29, 2009<br>Time: 12:00 p.m.<br>Courtroom: 5 |

## DECLARATION OF J. PAUL GIGNAC

I, J. Paul Gignac, declare as follows:

1. I have personal knowledge of the matters stated herein. If called as a witness, I could and would testify truthfully and competently thereto under oath.

2. I am licensed to practice before all of the courts of the State of California, and I am admitted to practice before the United States District Court for the Central District of California.

3. I am a partner with the law firm of Arias Ozzello & Gignac $^{LLP}$, co-counsel for plaintiff Heather Stern ("Plaintiff") and one of the court-appointed Class Counsel in this action.

4. I submit this declaration in support of Plaintiff's Opposition to Defendant AT&T Wireless Services, Inc.'s Motion to Require Trial Plan.

5. On May 15, 2009, Shelley M. Hall, Esq., counsel for defendants in this action, provided me with a draft version of the proposed motion to require trial plan. The draft version of the motion was eighteen (18) pages in length and cited forty (40) different cases. After carefully reviewing the motion, considering the authorities cited in support of the motion, and consulting with my co-counsel, I concluded that Plaintiff could not stipulate to provide the twenty (20) element trial plan requested by the motion.

6. On May 26, 2009, I notified Ms. Hall in writing that Plaintiff would not stipulate to provide the trial plan sought by the motion and attempted to explain why. In particular, I identified certain "elements" of the requested trial plan that were irrelevant to the trial of the claims in this case (*e.g.* how notice will be provided), certain elements that were premature (*e.g.* an estimate of how many witnesses will be called at trial and the time that will be devoted to each aspect of the trial), and certain elements that were not the responsibility of Plaintiff (*e.g.* how defendants will present their defenses at trial). Attached hereto as Exhibit

"A" is a true and correct copy of the emails exchanged by and between Ms. Hall and me on May 26, 2009.

7. On June 8, 2009, defendant AT&T Wireless Services, Inc. filed its motion to require trial plan. The motion is nearly identical to the draft version of the motion that Ms. Hall provided to me for my review, and it includes all of the same inappropriate elements that I pointed out to Ms. Hall in our exchange of emails on May 26, 2009.

8. Attached hereto as Exhibit "B" is a true and correct copy of the Reporter's Transcript of Proceedings for the hearing on Plaintiff's Motion for Class Certification that took place on August 11, 2009.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 15th day of June, 2009, at Santa Barbara, California.

/s/

J. Paul Gignac